CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 16, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL DONALD FRANKLIN TIBBS,<br><br>    Defendant. | Case No. 7:25mj72 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Ryan Kennedy, being duly sworn, depose and state as follows:

**INTRODUCTION**

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since August 2021.  I currently work in the FBI Richmond, Virginia, Field Office, Roanoke Resident Agency.  I am assigned to work and investigate a variety of criminal and national security matters, including violent crimes, crimes involving child sexual abuse, bank robberies, and the apprehension of federal fugitives.  I have received training and gained experience in conducting investigations, interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, and various other criminal laws and procedures.

2.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses and other law enforcement officers.  This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.    Based on the facts in this affidavit, there is probable cause to believe that Michael Donald Franklin TIBBS committed sexual exploitation of a child, in violation 18 U.S.C. § 2251(a).

1

**TECHNICAL TERMS**

4.      Based on my training, experience, research, and information acquired from other law enforcement officials with technical expertise, I know the terms described below have the following meanings or characteristics:

5.      The term "Internet" is a worldwide network of computers, a noncommercial, self-governing network devoted mostly to communication and research.  The Internet is not an online service and has no real central hub.  It is a collection of numerous computer networks, online services, and single-user components.  To access the Internet, an individual computer user generally must use an access provider, such as a university, employer, or commercial Internet Service Provider ("ISP"), which operates a host computer with direct access to the Internet.

6.      The term "ISP," as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet.  ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

7.      An Internet Protocol address ("IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0–255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. An IP address acts much like a home or business street address—it enables computers connected to the Internet to properly route traffic to each other. The assignment of IP addresses to computers connected to the Internet is controlled by ISPs.

8.     Most ISPs control a range of IP addresses.  IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet.  IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.  ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

9.     "Chat," as used herein, refers to any kind of text communication over the Internet that is transmitted in real time from sender to receiver.  Chat messages are generally short, in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

10.    "Child pornography," as defined in 18 U.S.C. § 2256(8), includes any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where  the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct or the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

11.    "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, other mobile phones, and other mobile devices.  *See* 18 U.S.C. §§ 2256(6), 1030(e)(1).

12.    "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

3

13.    "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

14.    "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

15.    "Child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves illegal, or that do not necessarily depict minors engaged in sexually explicit conduct.

## BACKGROUND REGARDING CASH APP

16.    Cash App is a mobile payment service run by Block, Inc., that allows users to create unique usernames called "$cashtags" to send, receive, and store money using a mobile phone application.  Users can transfer money with Cash App through linked bank accounts.  Users can also obtain a Cash App Card, which is a debit card that allows users to spend money via Cash App at various retailers and withdraw cash from an ATM.

17.    To send and receive funds without amount limits, users must provide their legal name, date of birth, and the last four digits of their social security number.  In addition to peer-to-peer transactions, Cash App also offers direct deposits, a savings account, a debit card, investing in stocks and Bitcoin, a tax-filing service, and personal loans.

4

**BACKGROUND RELATING TO DISCORD**

18.     Discord owns and operates a free, all-in-one voice, video, and text chat application and website of the same name.  Discord allows its users to establish accounts with Discord, which they can use to communicate with other Discord users in groups or private messaging.

19.     When signing up for a Discord account, the user must agree to Discord's Terms of Service.[1]  Since at least April 15, 2024, Discord's Terms of Service have required users to abide by Discord's Community Guidelines, which were also incorporated into the Terms of Service. The Community Guidelines in effect beginning April 15, 2024,[2] tell users: "Do not solicit sexual content from or engage in any sexual conduct with anyone under the age of 18 . . . .  We report child sexual abuse material (CSAM) and grooming to the National Center for Missing & Exploited Children, which may subsequently work with local law enforcement."  They also warn users: "Do not make sexually explicit content available to anyone under the age of 18 . . . ."  Additionally, the Community Guidelines refer users to its Teen and Child Safety Policy Explainer,[3] which is even more specific about Discord's prohibitions on sexualizing children, soliciting sexual content from minors, and grooming minors.

20.     A Discord "server" is a dedicated channel or room within Discord where users can connect and chat.  Most servers are private, invite-only spaces for friends and communities to use together.  Discord also operates larger, public servers that any user can join.  These servers are typically centered around specific topics.

---

[1] The current Terms of Service may be accessed at https://discord.com/terms.

[2] The current Community Guidelines may be accessed at https://discord.com/guidelines.

[3] The current Teen and Child Safety Policy Explainer may be accessed online at https://discord.com/safety/child-saftey.

21.    Discord users choose usernames for their accounts that are unique and are an identifier Discord can use to identify an account for law enforcement. Discord assigns each unique username a corresponding unique, internal user ID. These user IDs are the best way for Discord to identify an account.

22.    In addition to usernames, Discord users have a display name associated with their account. Display names are the primary way users appear across Discord and are their most prominent identifiers on the application.

## STATEMENT OF PROBABLE CAUSE

### *Minor Victim 1's Interview*

23.    On or about April 6, 2023, a then-15-year-old minor victim ("M.V. 1") submitted an online tip to the FBI National Threat Operations Center ("NTOC"). The tip claimed that a man had been grooming M.V. 1 for around one year and that he continually requested her nude images, despite knowing her age. On or about April 25, 2023, an FBI agent collected the cellphone belonging to M.V. 1, by consent. On or about April 28, 2023, M.V. 1 underwent a child and adolescent forensic interview ("CAFI").

24.    During the interview, M.V. 1 provided her Discord username and said she used a Discord server called "Discord Kittens," where users could sell romantic experiences to other users in exchange for money. M.V. 1 likened the experiences to being "someone's girlfriend." Inside of the servers, participants were separated into different channels for buyers or sellers. Sellers sold services like playing video games together, "good morning" and "good night" messages, and matching profile pictures. Sellers sent their "menu" of services to buyers. M.V. 1 stated that, on the Discord server, people could sell anything other than items that were "not safe for work," meaning anything sexual.

6

25.     M.V. 1 met Discord user michael---2#---2[4] ("MICHAEL") in November 2022, after one of her friends told her to "take him off [the friend's] hands." MICHAEL told M.V. 1 that he was 20 years old and from Virginia. M.V. 1 truthfully told MICHAEL that she was 14 years old at the time. M.V. 1 agreed to send daily outfit pictures, play video games with MICHAEL, and send good morning/night texts, in exchange for money. MICHAEL paid M.V. 1 using Cash App. MICHAEL's $cashtag was $mike--------3.

26.     MICHAEL's messages eventually turned sexual. While on voice calls, he told M.V. 1 that he wanted to "eat her out" and force her to "give him oral [sex]." When the conversations turned sexual, MICHAEL asked M.V. 1 for pictures of her thighs, underwear, breasts, and vagina. M.V. 1 agreed to send the images in exchange for money and set her prices. She sent images through Discord of everything MICHAEL requested except for her vagina. Furthermore, MICHAEL sent M.V. 1 a picture of a penis via Discord.

27.     During the interview, M.V. 1 identified child erotica images of herself that she sent to MICHAEL at his behest. She also identified an image of an exposed, erect penis as having been sent by MICHAEL. M.V. 1 reported that she deleted her Discord messages with MICHAEL.

***M.V. 1's Phone***

28.     An FBI agent searched M.V. 1's cellphone and saw that MICHAEL was a blocked user on M.V. 1's Discord account. The agent also reviewed her Cash App records, which revealed approximately 16 payments from $mike--------3 between about November 11, 2022, and April 7, 2023, totaling $331.

29.     M.V. 1's phone also contained screenshots of Discord messages between her and MICHAEL. These screenshots captured messages where M.V. 1 told MICHAEL that she was a

---

[4] I have redacted certain account information associated with TIBBS to avoid potential access, hacking, tampering, or harassing contact, and for the privacy of his family.

7

minor and MICHAEL's requests for prices and sexually explicit images from M.V. 1.  She also saved screenshots of messages documenting the child erotica she sent to MICHAEL.  One screenshot showed an image from MICHAEL of an exposed and erect penis.

### *Identification of michael---2#---2*

30.    Discord records disclosed michael---2#---2's subscriber information.  The username had a user ID ending in 5212; email address t------0@gmail.com; and a phone number ending in 1201.  The records also revealed that between about November 17, 2022, and May 22, 2023, the account had approximately 8,427 IP address logins.  Of those, an IP address ending in 4.182 was used approximately 5,458 times.  That IP address resolved to Comcast Cable Communications, LLC.

31.    Comcast records revealed subscriber information for the IP address ending in 4.182.  The records showed that the subscriber was TIBBS's sister (per open-source records), with a billing address on Montley Hill Lane, Hillsville, Virginia, and a subscriber phone number ending in 4348.  Open-source records show this was a cellphone registered to TIBBS's mother.

32.    Google LLC turned over information related to the account t------0@gmail.com.  Records showed subscriber name "Michael Tibbs" and email m------------5@gmail.com.  The Google Pay address matched the Montley Hill Lane address.  His Google Pay contact number was TIBBS's mother's 4348 number.

33.    Records from Block, Inc., associated with $mike--------3 showed the account user was named Michael TIBBS, had a birthdate in February 2001 and phone number ending in 1201, and had the Montley Hill Lane address listed.  Between about October 20, 2019, and June 3, 2023, there were approximately 173 logins by the account.  Of those, approximately 97 logins were from the 4.182 IP address linked to TIBBS's sister's Comcast account.

8

34.    Between November 11, 2022, and April 7, 2023, $mike--------3 sent approximately 16 payments to M.V. 1, totaling approximately $331.

35.    Open source and law enforcement database research for the 1201 number revealed that it is registered to Michael TIBBS with the same February 2001 birthdate and Montley Hill Lane address.

### *Discord Search Warrant*

36.    On or about December 11, 2023, I electronically served Discord Inc. a search warrant for information and messages associated with TIBBS's Discord account with username michael---2#---2 and the user ID ending 5212.  Discord turned over records on or about December 27, 2023, including chats/messages, media, and links exchanged between TIBBS and other Discord users.

37.    These records included messages between TIBBS and M.V. 1.  The messages showed that TIBBS and M.V. 1 conversed from on or about November 22, 2022, to April 7, 2023, and TIBBS solicited and paid for sexual content from M.V. 1, as she described.[5]

### *TIBBS's Interview*

38.    On or about July 18, 2024, I, along with other law enforcement, executed a search warrant at TIBBS's Montley Hill Lane, Hillsville, Virginia, address.[6]  During the search, I

---

[5] Before finally blocking TIBBS on or about April 7, 2023, M.V. 1 had TIBBS send her a $100 payment purportedly in exchange for a video of her stripping.  Before creating the video, M.V. 1 had TIBBS confirm again that he knew she was 15.  Then, instead of sending the video, she messaged him: "i never liked you and you're a gross pedo! Nothing you already dont know tho. Kick rocks fr fr LMFAOOO!"  M.V. 1 did not send TIBBS the video she had promised.

Additionally, on or about March 15, 2025, the National Center for Missing and Exploited Children received a tip from M.V. 1, where she reported that TIBBS "groomed [her] in the past when [she] was 14-15," but she contacted him again—now at 17—"out of curiosity."  They started chatting on Discord again.  There, according to M.V.'s tip, TIBBS and M.V. 1 had more sexual conversations.  M.V. 1 said TIBBS apologized to her about the past but "has no remorse and still continued to send and say sexual things to [her]."  She asked that the incident not be reported to her mom and requested that TIBBS be sent to prison.

[6] Located within the Western District of Virginia.

Mirandized and interviewed TIBBS. He confirmed two Discord usernames, including michael---2. Initially, TIBBS denied having sexual conversations with minors, but he eventually admitted to buying sexual content from about 10 to 15 minor girls. TIBBS estimated the youngest girl he bought from was 15. He also estimated sending a total of $1,000 to the minors.

39.     According to TIBBS, none of the girls were local to him. He admitted that he would sometimes specify with the girls the content he wanted. When he received pictures, TIBBS did not save the photos on his device but left it in the Discord chat. TIBBS allegedly didn't remember chatting with M.V. 1. TIBBS claimed he became interested in soliciting minors for sexual content after his exposure to child pornography on TikTok.

***Search of TIBBS's Phone***

40.     During the search of TIBBS's home, officers seized four computers and a black iPhone belonging to TIBBS. TIBBS confirmed the iPhone belonged to him. I completed my review of these devices on or about December 10, 2024. TIBBS's iPhone held approximately 77 sexually explicit images and videos of girls whose ages at the time could not be determined. Two of these videos were later identified to be of minor victim 2 ("M.V. 2"), as described below.

41.     There were also approximately 557 computer-generated and animated images of child sexual abuse material of prepubescent children and toddlers, including images of adult males anally, vaginally, and orally penetrating toddlers.

***Minor Victim 2***

42.     During my review of Discord records, I found sexually explicit images and videos sent to TIBBS by several girls who appeared to be minor females. Discord provided subscriber information for the account for one of these girls, M.V. 2, which allowed investigators to identify her guardians. They confirmed she was a minor female, 13 years old at the time TIBBS was in

contact with her.  At that time, M.V.2 lived in South Carolina.

43.     M.V. 2 chatted with TIBBS for one day on or about May 26, 2023.  Below are

portions of their Discord chat.[7]

| | |
|---|---|
| TIBBS | Hey, would love to talk and see if I want to buy! |
| M.V. 2 | ofcorse |
| M.V. 2 | hello ^_^ |
| TIBBS | Hey! :)) |
| M.V. 2 | Hru tonight |
| TIBBS | Bored tbh, you? |
| M.V. 2 | same |
| TIBBS | Well, letâ€™s talk about your prices! |
| M.V. 2 | I donâ€™t really set my price that high since im fairly ish new but depending on what you want ðŸ˜½ |
| M.V. 2 | im really chill |
| TIBBS | Well, how about what your comfortable selling? |
| M.V. 2 | and almost down for anything |
| M.V. 2 | NSFW photos\vidoes we can VC  any NFW photos /video Rp just praising you if you im i pretty chil |
| TIBBS | Can I buy a face pic first? |
| M.V. 2 | sure |
| TIBBS | How much? |
| M.V. 2 | Hm how much would you offer |
| TIBBS | 2-5? |
| M.V. 2 | 3 |
| TIBBS | Cool |
| TIBBS | Cashapp? |
| M.V. 2 | mhm |
| TIBBS | Whatâ€™s yours? |

44.     At this point in the conversation, M.V. 2 sent TIBBS a photo of her Cash App

account.  TIBBS later sent M.V. 2 an image of a $3 Cash App payment confirmation to the account.

In response, M.V. 2 sent TIBBS four images depicting a clothed young black female, later

identified as M.V. 2.  Messages continued:

| | |
|---|---|
| TIBBS | So, how much for a vid? |

---

[7] The Discord chat excerpts are presented verbatim, as received.  Sometimes the chat messages include unusual characters, like "€" or "™".  Based on my experience, I believe Discord generates these characters where other characters are improperly converted when records are retrieved.  Nevertheless, the substance of the conversations is otherwise captured accurately.

11

| M.V. 2 | hm depends on what you want |
|--------|------------------------------|
| TIBBS | Stripping, showing everything |
| TIBBS | Maybe slight touching? |
| M.V. 2 | okay ðŸ'Œ |
| M.V. 2 | how much |
| M.V. 2 | for it? |
| TIBBS | $10-15? |
| M.V. 2 | mhm okay ðŸ˜½â• ¤ï¸• |
| TIBBS | $25 if you want to play w yourself till you squirt/cum? |
| TIBBS | Howâ€™s that sound? |

45.     M.V. 2 then sent TIBBS three video files of herself, each close to 30 seconds long.

The first video began with her kneeling in a white bra and blue underwear. Her face was out of

the frame, with the camera centered on her body. She took off her bra and revealed her breasts.

The second video appeared to have been filmed right after the first. The female removed her blue

underwear, clearly displaying her breasts and pubic area. She moved the camera behind her to

show her buttocks. The third video appeared to have been filmed after the second. The camera

focused on her exposed vagina. Her blue underwear was lying next to her. M.V. 2 rubbed her

vagina and inserted her fingers inside multiple times.

| M.V. 2 | here you go hehe â• ¤ï¸• |
|--------|---------------------------|
| TIBBS | No volume? |
| TIBBS | I wanted to hear some moans ðŸ˜… |
| TIBBS | Sorry, should have specified |
| M.V. 2 | hehe mb baby |
| M.V. 2 | i mean theres always the future ðŸ¤ðŸ'• |
| TIBBS | Another 10? For playing with sound? |
| TIBBS | So $35 total? |
| M.V. 2 | ofc daddy |
| TIBBS | For first one |
| M.V. 2 | it wont let me send it to you |
| TIBBS | Uhh |
| TIBBS | Too long? |

46.     At this point, M.V. 2 sent TIBBS a screenshot of a Discord message stating that

explicit content could not be sent to the desired recipient.

12

| | |
|---|---|
| M.V. 2 | nope |
| M.V. 2 | you have your explicit content on |
| TIBBS | Try friending me maybe? |
| TIBBS | Fixed |

47.     M.V. 2 then sent TIBBS a 23-second video, with her vagina and pubic area taking up the majority of the frame.  She rubbed her vagina and inserted her fingers inside multiple times.

48.     Cash App records for TIBBS's account confirm three payments to M.V. 2's account on or about May 26, 2023, of $3, $25, and $10.

49.     On or about January 29, 2025, M.V. 2 underwent a CAFI.  In her interview, M.V. 2 had difficulty remembering TIBBS and confused him several times with other individuals named Michael.  When shown a copy of her Discord conversation with TIBBS, she was not sure which Michael she had talked to.  M.V. 2 said she chatted with multiple people on Discord and that several men had wanted her to produce sexual content.  Nevertheless, M.V. 2 identified herself in the images and videos.  She stated that the videos were only produced for and sent to one person.

### CONCLUSION

20.     Based on the aforementioned factual information and my training and experience in criminal investigations, I submit that probable cause exists that on or about May 26, 2023, Michael Donald Franklin TIBBS committed sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

13

Ryan Kennedy
Special Agent
Federal Bureau of Investigation


Received by reliable electronic means pursuant to Federal Rule of Criminal Procedure 4.1

and subscribed and sworn to me by telephone this ___16th___ day of April, 2025.


The Honorable C. Kailani Memmer
UNITED STATES MAGISTRATE JUDGE

14